| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sorokin, Leo T. | 2. Court or Organization<br><br>District Court, Massachusetts | 3. Date of Report<br><br>7/9/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
One Courthouse Way
Boston, MA 02210
Suite 6130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 20

**Name of Person Reporting**

Sorokin, Leo T.

**Date of Report**

7/9/2015

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Adjunct Professor, Boston University School of Law | $7,900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed - psychologist |
| 2. | 2014 | Adjunct Professor, Boston College |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Gold Reserve Line of Credit | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental/Vacation Property Massachusetts (2001, 273,100) | D | Rent | N | R | | | | | |
| 2. Bank of America Accounts | A | Interest | K | T | | | | | |
| 3. IRA #1 | C | Dividend | K | T | | | | | |
| 4. -Fidelity Contrafund | | | | | | | | | |
| 5. -Fidelity Pacific Basin | | | | | | | | | |
| 6. IRA #2 | D | Dividend | K | T | | | | | |
| 7. -Davis NY Venture Fund C | | | | | | | | | |
| 8. -Wells Fargo Cash | | | | | | | | | |
| 9. IRA #3 | D | Dividend | L | T | | | | | |
| 10. -Amazon | | | | | | | | | |
| 11. -Wells Fargo Cash Account | | | | | | | | | |
| 12. -Citigroup | | | | | | | | | |
| 13. -Allianz AGIC Opportunity Fund | | | | | | | | | |
| 14. -RCM Mid Cap Fund | | | | | | | | | |
| 15. -PIMCO FDS PAC Dev Invt Mgmt | | | | | | | | | |
| 16. -Intentionally Blank | | | | | | | | | |
| 17. Brokerage Acct#1 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Wells Fargo Money Market Fund | A | Interest | J | T | | | | | |
| 19. -Home Properties, Inc. | A | Dividend | J | T | | | | | |
| 20. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 21. -Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 22. -Wisdomtree Investments | A | Dividend | J | T | | | | | |
| 23. -Healthcare Realty Trust, Inc. | B | Dividend | K | T | | | | | |
| 24. -Intentionally Blank | | | | | | | | | |
| 25. -Berkshire Hawthaway Series B | | None | K | T | | | | | |
| 26. -Saul Centers | A | Dividend | J | T | | | | | |
| 27. -Alibaba | | None | | | Buy | 09/23/14 | J | | |
| 28. -Hannon Armstrong Sustainable Capital | A | Dividend | | | Sold | 10/17/14 | J | B | |
| 29. -Apple | A | Dividend | L | T | | | | | |
| 30. -Sector Spdr Tech Select Sector | A | Dividend | K | T | | | | | |
| 31. -Whole Foods | | | | | Buy | 04/07/14 | J | | |
| 32. | | | | | Sold | 10/03/14 | J | A | |
| 33. DWS Scudder High Income Trust | B | Dividend | K | T | | | | | |
| 34. Matthews Pacific Tiger Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Intentionally Blank | | | | | | | | | |
| 36. Intentionally Blank | | | | | | | | | |
| 37. IRA #4 | | | | | | | | | |
| 38. -Vanguard 500 Index Fund Adm | B | Dividend | L | T | | | | | |
| 39. -Vanguard Intermediate Term Investment Grade Fund | A | Dividend | K | T | | | | | |
| 40. -Vanguard U.S. Value Fund | A | Dividend | K | T | | | | | |
| 41. - Vanguard Emerging Markets Stock Index Adm | A | Dividend | K | T | | | | | |
| 42. Brokerage Acct#2 | | | | | | | | | |
| 43. -Vanguard U.S. Value Fund | A | Dividend | J | T | | | | | |
| 44. Brokerage Acct#3 | | | | | | | | | |
| 45. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 46. -Vanguard Long Term treasury Fund | A | Dividend | K | T | | | | | |
| 47. -Vanguard Extended Market Index Fund | A | Dividend | J | T | | | | | |
| 48. Brokerage Acct#4 | | | | | | | | | |
| 49. -American Century Income and Growth Fund | C | Dividend | K | T | | | | | |
| 50. IRA #5 | | | | | | | | | |
| 51. -American Century Equity Income | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Century Prime Money Market | A | Interest | K | T | | | | | |
| 53. -American Century Small Cap Value Fund | B | Dividend | J | T | | | | | |
| 54. Brokerage Acct#5 | | | | | | | | | |
| 55. -American Century Equity Income Fund | C | Dividend | K | T | | | | | |
| 56. Brokerage Acct#6 | | | | | | | | | |
| 57. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 58. Brokerage Acct#7 | | | | | | | | | |
| 59. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 60. Limited Partnership Bear Hollow Lender | | | J | U | | | | | |
| 61. -Intentionally blank | | | | | | | | | |
| 62. Intentionally Blank | | | | | | | | | |
| 63. Limited Partnership Bear Hollow Lender | | | J | U | | | | | |
| 64. Limited Partnership Wolf Paca I | E | Int./Div. | J | U | | | | | |
| 65. Limited Partnership Joppa East | A | Int./Div. | J | U | | | | | |
| 66. OC, LLC | | | M | T | | | | | |
| 67. Brokerage Account 11 | | | | | | | | | |
| 68. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA Account 12A | | | | | | | | | |
| 70. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 71. -Matthews Pacific Tiger Fund | A | Distribution | J | T | | | | | |
| 72. -Home Properties, Inc. | A | Dividend | J | T | | | | | |
| 73. Brokerage Account 12B | | | | | | | | | |
| 74. -Wisdomtree Investments | A | Dividend | J | T | | | | | |
| 75. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 76. -Sterling Bank Corp. | A | Dividend | J | T | | | | | |
| 77. -Sector Spider Technology Select | A | Dividend | J | T | Buy | 2/4/14 | J | | |
| 78. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 79. IRA Account 13A | | | | | | | | | |
| 80. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 81. -Matthews Pacific Tiger | A | Dividend | J | T | | | | | |
| 82. -Sector Spider Technology Select | A | Dividend | J | T | Buy | 02/04/14 | J | | |
| 83. Brokerage Account 13B | | | | | | | | | |
| 84. -Wells Fargo Bank Deposit Sweep Option | A | Int./Div. | J | T | | | | | |
| 85. -Sterling Bank Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 87.  IRA Account 14A | | | | | | | | | |
| 88.  -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 89.  -Matthews Pacific Tiger | A | Dividend | J | T | | | | | |
| 90.  -Sector Spider Technology Select | A | Dividend | J | T | Buy | 02/04/14 | J | | |
| 91.  Brokerage Account 14B | | | | | | | | | |
| 92.  -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 93.  -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 94.  Trust #4 | D | Int./Div. | M | W | | | | | See Note |
| 95.  -Raymond James Bank Deposit Program | | | | | | | | | |
| 96.  -Williams Companies | | | | | | | | | |
| 97.  - Fund Royce Opportunity Fund Investment Class N/L | | | | | | | | | |
| 98.  - Fund The Third Avenue Value Fund N/L | | | | | | | | | |
| 99.  -Fund Oppenheimer DevMkts Fund | | | | | | | | | |
| 100.  - Kinder Morgan | | | | | | | | | |
| 101.  -Hartford International Value Fund | | | | | Buy | 5/28/14 | J | | |
| 102.  - Fund Thornburg Int'l Value Fund | | | | | Sold | 5/28/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Berkshire Hathaway B | | | | | | | | | |
| 104. -Crown Castle | | | | | | | | | |
| 105. - Stock Alleghany Corp | | | | | | | | | |
| 106. -Flow 2006 LLC | | | | | | | | | |
| 107. -PNC Bank Account | | | | | | | | | |
| 108. -Fund Hartford Capital Appreciation Fund Class A | | | | | | | | | |
| 109. -Liberty Media | | | | | | | | | |
| 110. -Fund Third Avenue Focused Credit Fund Investor Class | | | | | | | | | |
| 111. -Longleaf Small-cap Fund | | | | | | | | | |
| 112. -Putnam Capital Spectrum | | | | | | | | | |
| 113. -Intentionally Blank | | | | | | | | | |
| 114. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 115. Trust #5 | E | Dividend | N | W | | | | | |
| 116. -Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 117. -Stock Sector Spdr TR Tech Select Sector XLK | | | | | | | | | |
| 118. -Alibaba Group | | | | | Buy | 10/08/14 | J | | |
| 119. -Verizon Communications | | | | | Buy | 2/4/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Bear Hollow Lender LLC | | | | | | | | | |
| 121. -Gunpowder W Corp. | | | | | | | | | |
| 122. -Joppa East Limited Partnership | | | | | | | | | |
| 123. -Mayfield W, Inc. | | | | | | | | | |
| 124. -MHW, LLC | | | | | | | | | |
| 125. -Exploration Capital 2005 | | | | | | | | | |
| 126. -Wolf Realty Corp. | | | | | | | | | |
| 127. -Saul Centers Bond | | | | | | | | | |
| 128. -Tenn Valley Authority Bond | | | | | Sold | 1/7/14 | K | A | |
| 129. -VSECU Bank Account | | | | | | | | | |
| 130. -Merck | | | | | | | | | |
| 131. -GSV Capital | | | | | | | | | |
| 132. -Loan to Trust #4 | | | | | | | | | See Note |
| 133. Brokerage Account 15 | | | | | | | | | |
| 134. -Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 135. IRA Account 20 | | | | | | | | | |
| 136. -Wells Fargo Money Market | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Tesla Motors, Inc. | | None | K | T | | | | | |
| 138.  IRA BA 17 | C | Dividend | M | T | | | | | |
| 139.  -Indexiq ETF Tr IQ ARB Global Res ETF | | | | | | | | | |
| 140.  -aston/Fairpoint Mid Cap fund | | | | | | | | | |
| 141.  -Acadian Emerging Markets Port Instl | | | | | | | | | |
| 142.  -Allianz NFJ Small Cap Value Class I | | | | | | | | | |
| 143.  -American Mutual Fund Cl F2 | | | | | | | | | |
| 144.  -Brown Capital Mgt Small C. Inv. | | | | | | | | | |
| 145.  -Cohen & Steers Realty Shares | | | | | | | | | |
| 146.  -Columbia Acorn international Cl Z | | | | | | | | | |
| 147.  -Spartan 500 Index FD Investor Class | | | | | | | | | |
| 148.  -Fidelity Advisor New Insights cl I | | | | | | | | | |
| 149.  -Harbor International Institutional | | | | | | | | | |
| 150.  -Artio Total Return Bond Fund Cl I | | | | | | | | | |
| 151.  -Fidelity Floating Rate High Income | | | | | | | | | |
| 152.  -Fidelity Total Bond | | | | | | | | | |
| 153.  -PIMCO Total REturn Instl | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Osterweis Strategic Income Fund | | | | | | | | | |
| 155. -Cohen & Steers Intl Realty Inc. Cl I | | | | | | | | | |
| 156. -IQ Alpha Hedge Strategy Instl | | | | | | | | | |
| 157. -Putnam Absolute Return 700 Fund | | | | | | | | | |
| 158. -Fidelity Cash Reserves | | | | | | | | | |
| 159. IRA 18 | D | Dividend | M | T | | | | | |
| 160. -Schwab Adv Cash Reserves | | | | | | | | | |
| 161. -Intentionally Blank | | | | | | | | | |
| 162. -Intentionally Blank | | | | | | | | | |
| 163. -General Electric Cap Internotes Due 3/15/13 | | | | | Redeemed | 01/15/14 | J | A | |
| 164. -Intentionally Blank | | | | | | | | | |
| 165. -Greif Brothers Notes Due 2/1/17 | | | | | | | | | |
| 166. -Intentionallly Blank | | | | | | | | | |
| 167. -Intentionally Blank | | | | | | | | | |
| 168. -Plum Crk Tmbrlnd Bonds due 3/15/21 | | | | | | | | | |
| 169. -Intentionally Blank | | | | | | | | | |
| 170. -Wells Fargo Mtg Frn 2033 REMIC due 3/25/33 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Intentionally Blank | | | | | | | | | |
| 172. -Intentionally Blank | | | | | | | | | |
| 173. -Acuity Brands | | | | | | | | | |
| 174. -Auto Data Processing | | | | | Sold | 09/24/14 | J | A | |
| 175. -BOFI Holding Inc. | | | | | Sold (part) | 1/3/14 | K | D | |
| 176. | | | | | Sold (part) | 02/26/14 | J | D | |
| 177. | | | | | Sold | 04/11/14 | J | D | |
| 178. -CISCO Systems | | | | | | | | | |
| 179. -General Electric Co. | | | | | | | | | |
| 180. -International Business Machines | | | | | | | | | |
| 181. -Japan Smaller Cap Fund | | | | | Sold | 06/27/14 | J | B | |
| 182. -Intentionally Blank | | | | | | | | | |
| 183. -LICT Corp | | | | | Sold | 02/26/14 | J | B | |
| 184. -PPG Industries | | | | | | | | | |
| 185. -Reading International Class A | | | | | Sold | 10/14/14 | J | A | |
| 186. -St Jude Medical | | | | | | | | | |
| 187. -Stone Harbor Emerging FD | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -United Parcel Service Class B | | | | | | | | | |
| 189. -Dynex Capital Inc. New REIT | | | | | | | | | |
| 190. -Humboldt due 7/20/28 | | | | | Sold | 08/01/14 | J | A | |
| 191. -Intentionally Blank | | | | | | | | | |
| 192. -Intentionally Blank | | | | | | | | | |
| 193. -Intentionally Blank | | | | | | | | | |
| 194. -Intentionally Blank | | | | | | | | | |
| 195. -Prudential Financial Note | | | | | Sold | 06/06/14 | J | A | |
| 196. -Hewlett Packward Note | | | | | Sold | 06/02/14 | J | A | |
| 197. -Avnet Inc. Bond Due 9/1/15 | | | | | Buy | 10/23/14 | J | | |
| 198. -Bank American Corp. Bond Due 8/15/15 | | | | | Buy | 11/03/14 | J | | |
| 199. -Constellation Energy Bond Due 6/15/15 | | | | | Buy | 12/08/14 | J | | |
| 200. -CSX Corp. Bond Due 4/1/15 | | | | | Buy | 06/17/14 | J | | |
| 201. | | | | | Redeemed (part) | 09/19/14 | J | A | |
| 202. -JPMorgan Chase Bond Due 5/1/15 | | | | | Buy | 05/16/14 | J | | |
| 203. -Lennar Corp Bond Due 5/31/15 | | | | | Buy | 10/30/14 | J | | |
| 204. -Southwestern Bell Bond Due 3/15/21 | | | | | Buy | 12/05/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Staples Bond Due 1/12/18 | | | | | Buy | 07/28/14 | J | | |
| 206.  -Weyerrhaeuser Co. Bond due 02/1/18 | | | | | Buy | 11/22/14 | J | | |
| 207.  -Dreamworks Animation | | | | | Buy | 09/29/14 | J | | |
| 208.  -Freeport McMoran Copper | | | | | Buy | 06/29/14 | J | | |
| 209.  -Solar Capital LTD | | | | | Buy | 06/06/14 | J | | |
| 210.  -Plum Creek Timber Co. REIT | | | | | Buy | 09/17/14 | J | | |
| 211.  -L Brands Bond Due 11/1/14 | | | | | Buy | 1/10/14 | J | | |
| 212. | | | | | Redeemed | 11/1/14 | J | A | |
| 213.  -Pemex Project Funding Note Due 12/15/14 | | | | | Buy | 1/14/14 | J | | |
| 214. | | | | | Redeemed | 12/15/14 | J | A | |
| 215.  -Citicorp Bond Due 9/15/14 | | | | | Buy | 02/13/14 | J | | |
| 216. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 217. | | | | | Redeemed | 09/15/14 | K | A | |
| 218.  -Berry Pete. Co. Bond Due 6/1/2014 | | | | | Buy | 03/17/14 | J | | |
| 219. | | | | | Redeemed | 06/01/14 | J | A | |
| 220.  -Timken Bond Due 9/15/14 | | | | | Buy | 04/22/14 | J | | |
| 221. | | | | | Redeemed | 09/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Santander Bank CD Due 10/23/14 | | | | | Buy | 07/18/14 | J | | |
| 223. | | | | | Redeemed | 10/23/14 | J | A | |
| 224.  -Walmart Stock | | | | | Buy | 07/31/14 | J | | |
| 225. | | | | | Sold | 09/24/14 | J | A | |
| 226.  -Newell Reubbermaid Bond Due 6/15/15 | | | | | Buy | 09/16/14 | J | | |
| 227.  Utah Ed Savings Age Based Aggressive Global Fund | A | Dividend | K | T | | | | | |
| 228.  Utah Ed Savings Age Based Aggressive Domestic Fund | A | Dividend | K | T | | | | | |
| 229.  USAA Bank Accounts | A | Int./Div. | K | T | | | | | |
| 230.  BA Account 19 | | | | | | | | | |
| 231.  -Schwab Cash Account | A | Int./Div. | J | T | | | | | |
| 232.  -CHN Capital LLC Note | A | Int./Div. | | | Sold | 11/21/14 | K | A | |
| 233.  -Alaska Municipal Bond | A | Int./Div. | | | Sold | 07/01/14 | J | A | |
| 234.  -Masssachusetts Bay Notes | A | Int./Div. | | | Sold | 07/01/14 | K | A | |
| 235.  -Intentionally Blank | | | | | | | | | |
| 236.  -Massachusetts State Note | A | Int./Div. | | | Sold | 6/1/14 | J | A | |
| 237.  -AFLAC Stock | A | Int./Div. | | | Sold | 11/01/14 | J | C | |
| 238.  -AVNET stock | A | Int./Div. | | | Sold (part) | 11/10/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 11/25/14 | J | D | |
| 240. -Danaher Corp stock | A | Int./Div. | J | T | | | | | |
| 241. -Forest City Enterprises, Inc. Stock | | None | J | T | | | | | |
| 242. -Graco Inc. stock | A | Int./Div. | J | T | Sold (part) | 11/11/14 | J | C | |
| 243. -Noble Corp stock | A | Int./Div. | J | T | | | | | |
| 244. -Pepsico Inc. stock | A | Int./Div. | J | T | Sold (part) | 11/10/14 | J | C | |
| 245. -Procter & Gamble | A | Int./Div. | J | T | | | | | |
| 246. -Mass Ed Financing Bond Due 1/1/15 | A | Int./Div. | J | T | Buy | 6/12/14 | J | | |
| 247. - City of Lowell Mass Bond Due 10/15/14 | A | Int./Div. | | | Buy | 2/21/14 | J | | |
| 248. | | | | | Redeemed | 10/15/14 | J | A | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/9/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 94, 115 (Trusts #s 4, 5 ) The valuation of this trust is listed as estimated because some of the assets of the trust are partial interests in illiquid limited partnerships. The value code was based upon the Cash Market value of the bank accounts and publicly traded assets combined with the trustee's estimate of the value of the partnership interests.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo T. Sorokin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544